

| Jane MacCracken<br>Chief, CSO - Programs Division | **CENTRAL VIOLATIONS BUREAU**<br>**P.O. Box 780549**<br>**San Antonio, TX 78278** | Ted C. Willmann<br>Branch Chief<br><br>(800) 827-2982<br>FAX: (210) 301-6401 |

The following has been received at the Central Violations Bureau and is being forwarded to your court for further action. If you have any further questions, please call (800) 827-2982, ext

**District:** NEBRASKA

**Location Code:** NE14         **Citation Number(s):** 9183152

| | | |
|---|---|---|
| __OMAH__ | **Hearing Site** | The location where the citation is scheduled. |
| 12/29/2020 | **Ticket/Docket Date** | The date the citation is scheduled for court. |
| _____ | **Protest** | The defendant is requesting a court date to protest the citation. |
| _____ | **Correspondence** | The defendant is providing correspondence for the court to consider regarding the citation. |
| _____ | **Miscellaneous** | See Remarks Section |

**Remarks:**

Agency request for void of citation(s).

Procedure error by the Officer

| | Refund Approved | | |
|---|---|---|---|
| __X__ | Void/Dismissal Approved | _____ | Date |

Further action to be taken by CVB or Agency, please specify: _____

Ordered this __4th__ Day of __February__ 20 __21__   *Susan M Bazis*   67BG

U.S. Magistrate Judge    Judge Code

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NE14 | 9183152 | K. Cue | 2743 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 04/10/2020 1254
Offense Charged: ☒ CFR ☐ USC ☐ State Code
38 1.218(b)(26)

Place of Offense: 4101 Woolworth Ave, Omaha, NE 68105

Offense Description: Factual Basis for Charge: Parking in No Parking Areas

### DEFENDANT INFORMATION

Last Name: Huffman
First Name: Elizabeth
M.I.: B
Street Address: ~~925 N 8th St~~ 1608 Little John Cir Apt 2
City: Council Bluffs
State: IA
Zip Code: 51503
Date of Birth: 02/22/1982
Drivers License No.: 672AJ6535
D.L. State: IA
☒ Adult ☐ Juvenile  Sex: ☐ Male ☒ Female  Hair: BRO  Eyes: GRN  Height: 5'03"  Weight: 200

VEHICLE  VIN: 1FMYU02171KE774316
Tag No.: GUA842  State: IA  Year: 01  Make/Model: Ford Esc  Color: BLU

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 25.00 Forfeiture Amount
+ $30 Processing Fee
$ 55.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature:  Unable to Sign

Original - CVB Copy

*9183152*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____  Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident